65 F.3d 163
 Monument Builders of Penns., Inc.
v.
American Cemetery Assn, Cemetery Association of
Pennsylvania, Jas. H. Matthews & Co., Abington Hills
Cemetery, Inc., Hyde Park Cemetery, Co., Inc., St.
Catherine's Cemetery, Cathedral Cemetery, Holy Cross
Cemetery, Cemetery Management Services East, Inc., d/b/a
Shady Lane Fairview Memorial Park Co., Inc., Valley View
Cemetery, Inc., Canaan Corners Cemetery, Inc., St. Michael's
Cemetery, Arlington Cemetery Co., Elmwood Memorial Park
 NO. 94-2021
 United States Court of Appeals,
Third Circuit.
 July 06, 1995
 
 Appeal From: E.D.Pa., No. 84-cv-03014,
 Troutman, J.
 
 
 1
 AFFIRMED.